[No. 8496–8–I.   Division One.   January 11, 1982.]

CLARA SOMMERS, *Respondent,* v. ROBERT E.
MONARY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 766563, George H. Revelle, J., entered Febru-
ary 13, 1980. *Affirmed* by unpublished opinion per Ringold,
J., concurred in by Andersen, C.J., and James, J.

[No. 3611–8–II.   Division Two.   January 12, 1982.]

*In the Matter of the Welfare of* VICKY JAMES, ET AL.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 5690, John H. Kirkwood, J., entered
July 7, 1978. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Petrich, A.C.J., and Pearson, J.

[No. 4726–8–II.   Division Two.   January 12, 1982.]

PATRICIA A. LELAND, *Individually and as Personal
Representative,* ET AL, *Appellants,* v.
HAROLD B. BRUNSTAD, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 71433, John W. Schumacher, J.,
entered March 31, 1980. *Affirmed* by unpublished opinion
per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4621–1–II.   Division Two.   January 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ARNOLD
E. SIPE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–321, John H. Kirkwood, J.,
entered September 7, 1979. *Affirmed* by unpublished opin-
ion per Pearson, J., concurred in by Petrich, A.C.J., and
Petrie, J.